SALLY E. MITCHELL, CA BAR #95604
939 Laurel Street, Suite D
P. O. Box 1065
San Carlos, California 94070
Telephone: (650) 593-3117
Facsimile: (650) 637-1401

Attorney for Plaintiff
MONICA WOODWORTH

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA WOODWORTH,<br><br>    Plaintiff,<br><br>    v.<br><br>AVAYA, INC.<br><br>    Defendant. | CASE NO. C 04-03197 BZ<br><br>NOTICE OF DISMISSAL OF ENTIRE ACTION |

Notice is hereby given that the above-referenced matter is dismissed with prejudice.

Dated: August 18, 2005

_____
Sally E. Mitchell

SALLY E. MITCHELL
ATTORNEY AT LAW
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA
TELEPHONE: 650-593-3117
FAX: 650-637-1401

1